UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUADALUPE GARCIA,<br>Plaintiff,<br>v.<br><br>MERIDIAN SECURITY INSURANCE COMPANY,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: 7:22-cv-00322<br><br>JURY DEMANDED |

## AGREED MOTION TO ENTER JUDGMENT

**TO THE HONORABLE COURT:**

**COME NOW**, Plaintiff Guadalupe Garcia, and Defendant Meridian Security Insurance Company, and file this Agreed Motion to Enter Judgment and would respectfully show as follows:

Plaintiff and Defendant have fully and finally resolved, compromised and settled the allegations, disputes, claims and causes of action which are the subject matter of Plaintiff's lawsuit, and all liability of either party is specifically denied. As a result, Plaintiff no longer desires to prosecute the claims and causes of action asserted against Defendant herein.

Plaintiff and Defendant respectfully request that the Court grant this Agreed Motion to Enter Judgment, enter the attached Agreed Final Take Nothing Judgment, and for such other relief, both general and special, in equity and at law, to which they may show themselves justly entitled.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Quiroz*\* | */s/ Sheryl Kao* |
| Douglas E. Pennebaker | Sheryl Kao |
| State Bar No. 00788178 | State Bar No. 24036874 |
| Eric Quiroz | Email: kao@mdjwlaw.com |
| State Bar. No. 24090921 | Martin, Disiere, Jefferson & Wisdom L.L.P. |
| Pennebaker Law Firm | 9111 Cypress Waters Blvd., Suite 250 |
| 4103 Parkdale St. | Dallas, Texas 75019 |
| San Antonio, Texas 78229 | Telephone: (214) 420-5500 |
| Telephone: 210-562-2882 | Facsimile: (214) 420-5501 |
| Facsimile: 210-562-2880 | |
| Email: doug@pennebakerlaw.com | Christopher W. Martin |
| Email: eric@pennebakerlaw.com | State Bar No: 13057620 |
| | Email: martin@mdjwlaw.com |
| Michael R. DeLeon | Martin, Disiere, Jefferson & Wisdom L.L.P. |
| The Law Offices of Michael R. De Leon, PLLC | Niels Esperson Building |
| 3613 W. Alberta Rd. | 808 Travis, Suite 1100 |
| Edinburg, Texas 78539 | Houston, Texas 77002 |
| Telephone: 956-630-4800 | Telephone: 713-632-1700 |
| Facsimile: 956-278-3226 | Facsimile: 713-222-0101 |
| Email: mrdlawfirm@yahoo.com | **ATTORNEYS FOR DEFENDANT** |

*Signed by permission*

**ATTORNEYS FOR PLAINTIFF**