United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUADALUPE GARCIA, Plaintiff, v. | § § § § § § § § | CIVIL ACTION NO: 7:22-cv-00322 JURY DEMANDED |
| MERIDIAN SECURITY INSURANCE COMPANY, Defendant. | | |

## AGREED FINAL TAKE NOTHING JUDGMENT

On this day came Plaintiff, Guadalupe Garcia, and waived the right to a jury trial, and announced that a compromise settlement has been reached on all claims and causes of action which were or could have been asserted against Defendant, Meridian Security Insurance Company, and that judgment should be entered that Plaintiff take nothing on all claims and causes of action asserted in this lawsuit. This compromise settlement was made on disputed claims, and the parties have denied any liability to one another in this case. Therefore, pursuant to the parties' compromise settlement, it is hereby,

ORDERED, ADJUDGED and DECREED that Plaintiff, Guadalupe Garcia take nothing by reason of all claims, demands, and/or causes of action and that Plaintiff's claims are hereby dismissed with prejudice, with fees and costs to be borne by the parties incurring same.

SIGNED this 8th day of June, 2023.

*Ricardo H. Hinojosa*
UNITED STATES DISTRICT COURT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Eric Quiroz**
Douglas E. Pennebaker
State Bar No. 00788178
Eric Quiroz
State Bar. No. 24090921
Pennebaker Law Firm
4103 Parkdale St.
San Antonio, Texas 78229
Telephone: 210-562-2882
Facsimile: 210-562-2880
Email: doug@pennebakerlaw.com
Email: eric@pennebakerlaw.com

Michael R. DeLeon
The Law Offices of Michael R. De Leon, PLLC
3613 W. Alberta Rd.
Edinburg, Texas 78539
Telephone: 956-630-4800
Facsimile: 956-278-3226
Email: mrdlawfirm@yahoo.com

*Signed by permission*

**ATTORNEYS FOR PLAINTIFF**

*/s/ Sheryl Kao*
Sheryl Kao
State Bar No. 24036874
Email: kao@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom L.L.P.
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

Christopher W. Martin
State Bar No: 13057620
Email: martin@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom L.L.P.
Niels Esperson Building
808 Travis, Suite 1100
Houston, Texas 77002
Telephone: 713-632-1700
Facsimile: 713-222-0101

**ATTORNEYS FOR DEFENDANT**